█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS DICKENS, Appellant. [698 NYS2d 530] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered February 20, 1998, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that his guilt was not proven by

legally sufficient evidence. Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, the resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict is not against the weight of the evidence (*see,* CPL 470.15 [5]). Altman, J. P., H. Miller, Schmidt and Smith, JJ., concur.